**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**Atlanta DIVISION**

In re: WILLIAMS, SONJA NICOLE § Case No. 19-56304-PMB
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

William J. Layng, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $921,842.86 | Assets Exempt: | $34,199.14 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $5,569.96 | Claims Discharged Without Payment: | $54,171.42 |
| Total Expenses of Administration: | $6,916.84 | | |

3) Total gross receipts of $19,986.80 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $7,500.00 (see **Exhibit 2**), yielded net receipts of $12,486.80 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $746,729.74 | $767,994.15 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $6,916.84 | $6,916.84 | $6,916.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $5,159.00 | $15,327.14 | $4,313.94 | $4,313.94 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $41,485.86 | $238,056.04 | $21,629.55 | $1,256.02 |
| **TOTAL DISBURSEMENTS** | $793,374.60 | $1,028,294.17 | $32,860.33 | $12,486.80 |

4) This case was originally filed under chapter 13 on 04/23/2019, and it was converted to chapter 7 on 12/10/2019.  The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/05/2021          By: /s/ William J. Layng
                                 Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

### EXHIBITS TO
### FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Civil Action No. 2018CV303612 Shock Theory DLV, Inc. d/b/a AAV Worldwide Corporation V. Global Common Communications, LL | 1149-000 | $19,986.80 |
| **TOTAL GROSS RECEIPTS** | | **$19,986.80** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SONJA NICOLE WILLIAMS | Payment in full of exemptions on law suit 2018CV303612 | 8100-002 | $7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$7,500.00** |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9S | John Jamont | 4110-000 | $708,293.64 | $720,000.00 | $0.00 | $0.00 |
| 11 | Carvana LLC | 4110-000 | $27,310.10 | $27,546.25 | $0.00 | $0.00 |
| 12 | Deer Chase Homeowners Association | 4110-000 | $4,126.00 | $5,447.90 | $0.00 | $0.00 |
| 15 | Just Cash Of Cumming a/k/a Just Cash | 4110-000 | $7,000.00 | $15,000.00 | $0.00 | $0.00 |
| N/F | First Name Middle Name Last Name s Bankruptcy Court for the: | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Fulton County Tax Comissioner | 4110-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$746,729.74** | **$767,994.15** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - William J. Layng | 2100-000 | NA | $1,998.68 | $1,998.68 | $1,998.68 |
| Trustee, Expenses - William J. Layng | 2200-000 | NA | $294.11 | $294.11 | $294.11 |
| Attorney for Trustee Fees - William J. Layng, Jr., P.C. | 3110-000 | NA | $2,660.00 | $2,660.00 | $2,660.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $305.60 | $305.60 | $305.60 |
| Income Taxes - Internal Revenue Service (post-petition) - INTERNAL REVENUE SERVICE | 2810-000 | NA | $154.00 | $154.00 | $154.00 |
| Other State or Local Taxes (post-petition) - GEORGIA DEPT OF REVENUE | 2820-000 | NA | $288.00 | $288.00 | $288.00 |
| Accountant for Trustee Fees (Other Firm) - Stonebridge Accounting & Forensics, LLC | 3410-000 | NA | $1,173.00 | $1,173.00 | $1,173.00 |
| Accountant for Trustee Expenses (Other Firm) - Stonebridge Accounting & Forensics, LLC | 3420-000 | NA | $43.45 | $43.45 | $43.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $6,916.84 | $6,916.84 | $6,916.84 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Internal Revenue Service | 5800-000 | $0.00 | $4,313.94 | $4,313.94 | $4,313.94 |
| 6 | Fulton County Tax Commissioner | 5800-000 | $0.00 | $11,013.20 | $0.00 | $0.00 |
| N/F | Georgia Department of Revenue | 5600-000 | $5,159.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$5,159.00** | **$15,327.14** | **$4,313.94** | **$4,313.94** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LVNV Funding, LLC Resurgent Capital Services | 7100-000 | NA | $831.38 | $831.38 | $60.42 |
| 2 | LVNV Funding, LLC Resurgent Capital Services | 7100-000 | $919.27 | $933.73 | $933.73 | $67.85 |
| 3 | Capital Bank Resurgent Capital Services | 7100-000 | NA | $20.96 | $20.96 | $1.52 |
| 4 | Suntrust Bank | 7100-000 | $1,022.87 | $186.04 | $186.04 | $13.52 |
| 5PEN | Internal Revenue Service | 7300-000 | $0.00 | $4,345.08 | $4,345.08 | $0.00 |
| 5U | Internal Revenue Service | 7100-000 | $0.00 | $7,696.56 | $7,696.56 | $559.29 |
| 7 | ECMC | 7100-000 | $2,400.91 | $2,414.27 | $2,414.27 | $175.44 |
| 8 | Atlas Acquisitions LLC Assignee of Reflex/ Celtic Bank | 7100-000 | $541.00 | $492.10 | $492.10 | $35.76 |
| 9U | John Jamont | 7100-000 | NA | $159,218.59 | $0.00 | $0.00 |
| 10 | SunTrust Bank Attn: Support Services | 7100-000 | $0.00 | $1,022.87 | $1,022.87 | $74.33 |
| 13 | Langford Strip, LLC | 7100-000 | NA | $4,400.00 | $0.00 | $0.00 |
| 14 | 2210 Atlanta, LLC. | 7100-000 | NA | $21,480.00 | $0.00 | $0.00 |
| 16 | SCANA Energy | 7100-000 | $503.42 | $1,386.06 | $1,386.06 | $100.72 |
| 17 | Langford Strip, LLC | 7100-000 | NA | $4,400.00 | $0.00 | $0.00 |
| 18 | 2210 Atlanta, LLC. | 7100-000 | NA | $21,480.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | Deerchase Homeowner Association, Inc. | 7100-000 | $0.00 | $5,447.90 | $0.00 | $0.00 |
| 20 | Sprint Corp | 7100-000 | $2,300.50 | $2,300.50 | $2,300.50 | $167.17 |
| N/F | ADT Security | 7100-000 | $1,139.00 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $179.00 | NA | NA | NA |
| N/F | AT&T Uverse | 7100-000 | $61.00 | NA | NA | NA |
| N/F | ATL Plus | 7100-000 | $145.00 | NA | NA | NA |
| N/F | Abra Auto Body Repair | 7100-000 | $0.00 | NA | NA | NA |
| N/F | American Family Insurance | 7100-000 | $328.00 | NA | NA | NA |
| N/F | Andrew Young Foundation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Anthem | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Big Picture Loans | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Bridgecrest | 7100-000 | $2,175.00 | NA | NA | NA |
| N/F | Bushnell & Dye | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $381.41 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $883.57 | NA | NA | NA |
| N/F | Credit One | 7100-000 | $920.00 | NA | NA | NA |
| N/F | Credit One Bank | 7100-000 | $1,719.27 | NA | NA | NA |
| N/F | Emory Healthcare | 7100-000 | $3,036.00 | NA | NA | NA |
| N/F | Emory Johns Creek Hospital | 7100-000 | $531.00 | NA | NA | NA |
| N/F | First National Savings | 7100-000 | $545.12 | NA | NA | NA |
| N/F | First Savings Credit Card | 7100-000 | $545.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Fulton County Finance Department | 7100-000 | $350.00 | NA | NA | NA |
| N/F | Geico | 7100-000 | $162.00 | NA | NA | NA |
| N/F | Geogia Waste Systems | 7100-000 | $133.55 | NA | NA | NA |
| N/F | Global Common Community Communications | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kaiser Permanente | 7100-000 | $90.00 | NA | NA | NA |
| N/F | Kaiser Permanente | 7100-000 | $882.00 | NA | NA | NA |
| N/F | LCA Collections | 7100-000 | $27.75 | NA | NA | NA |
| N/F | Moneylion of Georgia | 7100-000 | $4,454.67 | NA | NA | NA |
| N/F | National Payment Services | 7100-000 | $3,302.00 | NA | NA | NA |
| N/F | Northside Radiology | 7100-000 | $15.39 | NA | NA | NA |
| N/F | One Advantage LLC | 7100-000 | $266.89 | NA | NA | NA |
| N/F | Opensky | 7100-000 | $1,622.00 | NA | NA | NA |
| N/F | Portfolio Recovery | 7100-000 | $1,898.21 | NA | NA | NA |
| N/F | Professional Account Management | 7100-000 | $145.00 | NA | NA | NA |
| N/F | Quest Diagnostics | 7100-000 | $384.00 | NA | NA | NA |
| N/F | Relex | 7100-000 | $541.00 | NA | NA | NA |
| N/F | Republic Services | 7100-000 | $178.32 | NA | NA | NA |
| N/F | Sears Home Warranty | 7100-000 | $69.99 | NA | NA | NA |
| N/F | State Court of Fulton County | 7100-000 | $0.00 | NA | NA | NA |
| N/F | State Farm | 7100-000 | $142.00 | NA | NA | NA |
| N/F | The Gibson Law Firm | 7100-000 | $3,102.38 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Tru Green | 7100-000 | $151.85 | NA | NA | NA |
| N/F | True Natural Gas | 7100-000 | $258.72 | NA | NA | NA |
| N/F | Villanueva Scapes, LLC | 7100-000 | $600.00 | NA | NA | NA |
| N/F | Vivint | 7100-000 | $259.00 | NA | NA | NA |
| N/F | WM Management | 7100-000 | $134.00 | NA | NA | NA |
| N/F | Weed Man | 7100-000 | $37.80 | NA | NA | NA |
| N/F | Wells Fargo | 7100-000 | $271.00 | NA | NA | NA |
| N/F | YMCA ED | 7100-000 | $230.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$41,485.86** | **$238,056.04** | **$21,629.55** | **$1,256.02** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 19-56304-PMB | Trustee Name: | (300340) William J. Layng |
| Case Name: | WILLIAMS, SONJA NICOLE | Date Filed (f) or Converted (c): | 12/10/2019 (c) |
| | | § 341(a) Meeting Date: | 01/09/2020 |
| For Period Ending: | 08/05/2021 | Claims Bar Date: | 04/28/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 822 Jamont Cir, Alpharetta, GA 30022-0000, Fulton County (See Footnote) | 865,700.00 | 138,081.22 | | 0.00 | FA |
| 2 | 2014 Mercedes Benz E350 | 18,600.00 | 0.00 | | 0.00 | FA |
| 3 | 2016 Mercedes Benz CLA250 | 8,542.00 | 0.00 | | 0.00 | FA |
| 4 | Household Furishings | 3,500.00 | 0.00 | | 0.00 | FA |
| 5 | Household Electronics | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing and shoes | 500.00 | 0.00 | | 0.00 | FA |
| 7* | Checking: Wells Fargo (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Shock Theory DLV, Inc. d/b/a AAV Worldwide Corporation Office Equipment $3500.00 Business Equipment $5500.00 Civil Action No 2018CV303612 Unknown, 100% ownership | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 9* | Counterclaim in civial action No. 2017CV297124 Global Comon Community Communications, LLC, etal V Sonia Williams (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 10* | Potential lawsuit agains John Jamont, Jamont Homes Inc and 2210 Atlanta LLC, Tripac General Contractors Inc 2019CV324021 (See Footnote) | Unknown | Unknown | | 0.00 | FA |
| 11* | Civil Action No. 2018CV303612 Shock Theory DLV, Inc. d/b/a AAV Worldwide Corporation V. Global Common Communications, LLC, et. al. (See Footnote) | 18,986.60 | 22,000.00 | | 19,986.80 | FA |
| 12* | Wells Fargo Business checking (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 13* | Checking: Capita! One (u) (See Footnote) | 0.86 | 0.86 | | 0.00 | FA |
| 14* | TAX REFUNDS (u)<br>Possible partial property tax refund from tax commissioner once appeal is finalized (See Footnote) | Unknown | 1.00 | | 0.00 | FA |
| 15* | P:otential lawsuit against Deer Chase Home Owners Association (u)<br>Potential Lawsuit against Deer Chase Home Owners Association. (See Footnote) | Unknown | 1.00 | | 0.00 | FA |
| 16* | Potential Lawsuit against City of Johns Creek (u)<br>Potential Lawsuit against City of Johns Creek (See Footnote) | Unknown | 1.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| Case No.: | 19-56304-PMB | Trustee Name: | (300340) William J. Layng |
| Case Name: | WILLIAMS, SONJA NICOLE | Date Filed (f) or Converted (c): | 12/10/2019 (c) |
| | | § 341(a) Meeting Date: | 01/09/2020 |
| For Period Ending: | 08/05/2021 | Claims Bar Date: | 04/28/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17* | Lawsuit Sonja Williams v Best Choice Title Service 19MV084353 (u)<br>Lawsuit Sonja Williams v Best Choice Title Service 19MV084353 (See Footnote) | 15,000.00 | 1.00 | | 0.00 | FA |
| 18* | Lawsuit against Meredth Schearer and Meredith Schearer & Associates (u)<br>Lawsuit against Meredth Schearer and Meredith Schearer & Associates (See Footnote) | Unknown | 1.00 | | 0.00 | FA |
| 19* | Lawsuit against JCI Management LLC (u)<br>Lawsuit against JCI Management LLC (See Footnote) | Unknown | 1.00 | | 0.00 | FA |
| 20* | Lawsuit against Just Cash (u)<br>Lawsuit against Just Cash (See Footnote) | Unknown | 1.00 | | 0.00 | FA |
| 21* | Lawsuit against Langford Strip, LLC (u)<br>Lawsuit against Just Cash (See Footnote) | Unknown | 1.00 | | 0.00 | FA |
| 22 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 23 | Lawsuit: Sonja N Williams v John Jamont, Jamont Homes Inc, 2210 Atlanta LLC, Tripac General Contractors Inc 2019CV324021 (u) | Unknown | Unknown | | 0.00 | FA |
| 23 | **Assets Totals (Excluding unknown values)** | **$940,829.46** | **$169,090.08** | | **$19,986.80** | **$0.00** |

| | | |
|---|---|---|
| RE PROP# 1 | 822 Jamont Cir., Alpharetta, GA 30022 | |
| RE PROP# 7 | Wells Fargo checking | |
| RE PROP# 9 | Counterclaim in civil action No. 2017CV297124; Global Common Community Communications, LLC et al v Sonja Williams | |
| RE PROP# 10 | Potential lawsuit agains John Jamont, Jamont Homes Inc and 2210 Atlanta LLC, Tripac General Contractors Inc 2019CV32402 | |
| RE PROP# 11 | Shock Theory DLV, Inc dba AAV Worldwide Corporation vs. Global Common Community Communications LLC and The Andrew J. Young Foundation, Inc. 2018-CV-303612<br>  Settled per court order entered at docket no. 43 on 8-6-19 | |
| RE PROP# 12 | Wells Fargo business checking | |
| RE PROP# 13 | Capital One checking | |
| RE PROP# 14 | Possible partial property tax refund from tax commissioner once appeal is finalized | |
| RE PROP# 15 | Potential Lawsuit against Deer Chase Home Owners Association. | |
| RE PROP# 16 | Potential Lawsuit against City of Johns Creek | |
| RE PROP# 17 | Lawsuit Sonja Williams v Best Choice Title Service 19MV084353 | |
| RE PROP# 18 | Lawsuit against Meredth Schearer and Meredith Schearer & Associates | |
| RE PROP# 19 | Lawsuit against JCI Management LLC | |
| RE PROP# 20 | Lawsuit against Just Cash | |
| RE PROP# 21 | Lawsuit against Just Cash | |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 19-56304-PMB  
**Case Name:** WILLIAMS, SONJA NICOLE

**For Period Ending:** 08/05/2021

**Trustee Name:** (300340) William  J. Layng  
**Date Filed (f) or Converted (c):** 12/10/2019 (c)  
**§ 341(a) Meeting Date:** 01/09/2020  
**Claims Bar Date:** 04/28/2020

**Major Activities Affecting Case Closing:**

      6-19-2021; The trustee's TFR was approved and distribution was made on 4-22-2021  
      6-29-2020; The trustee is investigating possible claims arising from a real estate transaction

**Initial Projected Date Of Final Report (TFR):**      **Current Projected Date Of Final Report (TFR):**  02/19/2021 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

# Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 19-56304-PMB | Trustee Name: | William J. Layng (300340) |
| --- | --- | --- | --- |
| Case Name: | WILLIAMS, SONJA NICOLE | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***3873 | Account #: | ********1008 Checking |
| For Period Ending: | 08/05/2021 | Blanket Bond (per case limit): | $31,525.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/21/19 | {11} | Melissa J Daveyi, Standing Chapter 13 Trustee | Payment on litigation settlement | 1149-000 | 11,000.00 |  | 11,000.00 |
| 12/21/19 | {11} | Melissa J Daveyi, Standing Chapter 13 Trustee | Payment on litigation settlement | 1149-000 | 8,986.80 |  | 19,986.80 |
| 03/19/20 |  | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | -19,986.80 |  | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS |  | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs |  | -19,986.80 | 0.00 |  |
| Subtotal |  | 19,986.80 | 0.00 |  |
| Less: Payments to Debtors |  |  | 0.00 |  |
| NET Receipts / Disbursements |  | $19,986.80 | $0.00 |  |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

Form 2     Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 19-56304-PMB | Trustee Name: | William J. Layng (300340) |
|---|---|---|---|
| Case Name: | WILLIAMS, SONJA NICOLE | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3873 | Account #: | ******5337 Checking Account |
| For Period Ending: | 08/05/2021 | Blanket Bond (per case limit): | $31,525.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/19/20 |  | Transfer Credit from United Bank acct XXXXXXXX1008 | Transition Credit from United Bank acct XXXXXXXX1008 | 9999-000 | 19,986.80 |  | 19,986.80 |
| 03/31/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 15.97 | 19,970.83 |
| 04/30/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 31.92 | 19,938.91 |
| 05/29/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 30.80 | 19,908.11 |
| 06/30/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 33.93 | 19,874.18 |
| 07/31/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 32.82 | 19,841.36 |
| 08/31/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 30.65 | 19,810.71 |
| 09/30/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 33.77 | 19,776.94 |
| 10/28/20 | 1000 | INTERNAL REVENUE SERVICE | Post petition income taxes allowed per court order entered 10-27-2020 at doc. no. 180. | 2810-000 |  | 154.00 | 19,622.94 |
| 10/28/20 | 1001 | GEORGIA DEPT OF REVENUE | Post petition income taxes allowed per court order entered 10-27-2020 at doc. no. 180. | 2820-000 |  | 288.00 | 19,334.94 |
| 10/30/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 31.60 | 19,303.34 |
| 11/30/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 30.21 | 19,273.13 |
| 12/31/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 33.93 | 19,239.20 |
| 01/25/21 | 1002 | SONJA NICOLE WILLIAMS | Payment in full of exemptions on law suit 2018CV303612 | 8100-002 |  | 7,500.00 | 11,739.20 |
| 04/22/21 | 1003 | William J. Layng | Distribution payment - Dividend paid at 100.00% of $1,998.68; Claim # FEE; Filed: $1,998.68 | 2100-000 |  | 1,998.68 | 9,740.52 |
| 04/22/21 | 1004 | William J. Layng | Distribution payment - Dividend paid at 100.00% of $294.11; Claim # TE; Filed: $294.11 | 2200-000 |  | 294.11 | 9,446.41 |
| 04/22/21 | 1005 | Stonebridge Accounting & Forensics, LLC | Distribution payment - Dividend paid at 100.00% of $1,173.00; Claim # ; Filed: $1,173.00 | 3410-000 |  | 1,173.00 | 8,273.41 |
| 04/22/21 | 1006 | Stonebridge Accounting & Forensics, LLC | Distribution payment - Dividend paid at 100.00% of $43.45; Claim # ; Filed: $43.45 | 3420-000 |  | 43.45 | 8,229.96 |
| 04/22/21 | 1007 | William J. Layng, Jr., P.C. | Distribution payment - Dividend paid at 100.00% of $2,660.00; Claim # ; Filed: $2,660.00 | 3110-000 |  | 2,660.00 | 5,569.96 |
| 04/22/21 | 1008 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $4,313.94; Claim # 5P; Filed: $4,313.94 | 5800-000 |  | 4,313.94 | 1,256.02 |
| 04/22/21 | 1009 | LVNV Funding, LLC Resurgent Capital Services | Distribution payment - Dividend paid at 7.27% of $831.38; Claim # 1; Filed: $831.38 | 7100-000 |  | 60.42 | 1,195.60 |
| 04/22/21 | 1010 | LVNV Funding, LLC Resurgent Capital Services | Distribution payment - Dividend paid at 7.27% of $933.73; Claim # 2; Filed: $933.73 | 7100-000 |  | 67.85 | 1,127.75 |
| 04/22/21 | 1011 | Capital Bank Resurgent Capital Services | Distribution payment - Dividend paid at 7.25% of $20.96; Claim # 3; Filed: $20.96 | 7100-000 |  | 1.52 | 1,126.23 |

Page Subtotals:    $19,986.80    $18,860.57

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Form 2     Exhibit 9

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 19-56304-PMB | Trustee Name: | William J. Layng (300340) |
|---|---|---|---|
| Case Name: | WILLIAMS, SONJA NICOLE | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3873 | Account #: | ******5337 Checking Account |
| For Period Ending: | 08/05/2021 | Blanket Bond (per case limit): | $31,525.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/22/21 | 1012 | Suntrust Bank | Distribution payment - Dividend paid at 7.27% of $186.04; Claim # 4; Filed: $186.04 | 7100-000 | | 13.52 | 1,112.71 |
| 04/22/21 | 1013 | Internal Revenue Service | Distribution payment - Dividend paid at 7.27% of $7,696.56; Claim # 5U; Filed: $7,696.56 | 7100-000 | | 559.29 | 553.42 |
| 04/22/21 | 1014 | ECMC | Distribution payment - Dividend paid at 7.27% of $2,414.27; Claim # 7; Filed: $2,414.27 | 7100-000 | | 175.44 | 377.98 |
| 04/22/21 | 1015 | Atlas Acquisitions LLC Assignee of Reflex/ Celtic Bank | Distribution payment - Dividend paid at 7.27% of $492.10; Claim # 8; Filed: $492.10 | 7100-000 | | 35.76 | 342.22 |
| 04/22/21 | 1016 | SunTrust Bank Attn: Support Services | Distribution payment - Dividend paid at 7.27% of $1,022.87; Claim # 10; Filed: $1,022.87 | 7100-000 | | 74.33 | 267.89 |
| 04/22/21 | 1017 | SCANA Energy | Distribution payment - Dividend paid at 7.27% of $1,386.06; Claim # 16; Filed: $1,386.06 Stopped on 05/24/2021 | 7100-000 | | 100.72 | 167.17 |
| 04/22/21 | 1018 | Sprint Corp | Distribution payment - Dividend paid at 7.27% of $2,300.50; Claim # 20; Filed: $2,300.50 | 7100-000 | | 167.17 | 0.00 |
| 05/24/21 | 1017 | SCANA Energy | Distribution payment - Dividend paid at 7.27% of $1,386.06; Claim # 16; Filed: $1,386.06 Stopped: check issued on 04/22/2021 | 7100-000 | | -100.72 | 100.72 |
| 06/02/21 | 1019 | SCANA Energy | Distribution payment: dividend paid at 7.27% of $1,386.06, claim #16 | 7100-000 | | 100.72 | 0.00 |

|  | COLUMN TOTALS | 19,986.80 | 19,986.80 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CDs | 19,986.80 | 0.00 | |
|  | Subtotal | 0.00 | 19,986.80 | |
|  | Less: Payments to Debtors |  | 7,500.00 | |
|  | NET Receipts / Disbursements | $0.00 | $12,486.80 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 19-56304-PMB | **Trustee Name:** | William  J. Layng (300340) | |
| **Case Name:** | WILLIAMS, SONJA NICOLE | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***3873 | **Account #:** | ******5337 Checking Account | |
| **For Period Ending:** 08/05/2021 | | **Blanket Bond (per case limit):** | $31,525.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ********1008 Checking | $19,986.80 | $0.00 | $0.00 |
| ******5337 Checking Account | $0.00 | $12,486.80 | $0.00 |
| | $19,986.80 | $12,486.80 | $0.00 |

**UST Form 101-7-TDR (10 /1/2010)**