UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-56304 |
| SONJA NICOLE WILLIAMS, | : | |
| | : | |
| DEBTOR. | : | CHAPTER 7 |

**JOINT MOTION FOR COUNSEL TO WITHDRAW**

COMES NOW, Danielle J Eliot of The Law Office of Danielle J. Eliot, P.C., counsel of record for the Debtor in the above-styled Chapter 7 case, and Debtor Sonja Ross FKA Sonja Williams, and pursuant to Local Rule 9010-5, files this "Joint Motion for Counsel to Withdraw", showing to this Honorable Court the following:

1.

Counsel and Debtor have mutually agreed that counsel will not be representing Debtor in relation the matters in her bankruptcy case.  Debtor wishes to continue in this case pro-se.

WHEREFORE, counsel and Debtor, pray that counsel be allowed to withdraw as counsel of record in this case

Respectfully submitted this 5th day of December, 2024

/s/_____
Danielle J Eliot
Attorney for Debtor
Georgia Bar No. 142243
Law Office of Danielle J. Eliot, P.C.
1001 Weatherstone Pkwy, Suite 420
Woodstock, GA 30188
(770)672-6735

_____
Sonja Ross FKA Sonja Williams
P.O. Box 3930
Alpharetta, GA 30023

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-56304 |
| SONJA NICOLE WILLIAMS, | : | |
| | : | |
| DEBTOR. | : | CHAPTER 7 |

## CERTIFICATE OF SERVICE

The undersigned, hereby certifies that she has on this date served the below listed individuals with a true and correct copy of the attached pleadings by placing same in the properly addressed envelopes with adequate postage thereon and depositing same in the United States Mail.

This 5th day of December, 2024

/s/_____
Danielle J Eliot
Attorney for Debtor
Georgia Bar No. 142243
Law Office of Danielle J. Eliot, P.C.
1001 Weatherstone Pkwy
Suite 420
Woodstock, GA 30188
(770)672-6735


Sonja Ross FKA Sonja Williams
P.O. Box 3930
Alpharetta, GA 30023

Office of the United States Trustee
75 Ted Turner Dr
Room 362
Atlanta, GA 30303

All Creditors and Parties in Interest on Attached Matrix