UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| SONJA NICOLE WILLIAMS, | * | CASE NO. 19-56304-PMB |
| | * | |
| DEBTOR. | * | |

**NOTICE OF APPOINTMENT OF INTERIM SUCCESSOR TRUSTEE
AND SPECIAL MEETING OF CREDITORS**

The United States Trustee gives notice that, pursuant to 11 U.S.C. §§ 701 and 703, **S. Gregory Hays** is appointed as interim successor trustee and is designated to preside over the meeting of creditors. The trustee shall serve under the blanket bond heretofore approved. Pursuant to Bankruptcy Code sections 702 and 703(a) and F.R.Bankr.P 2003(f), the United States Trustee will convene a special meeting of creditors. Unless creditors elect another trustee, the interim successor trustee appointed herein shall serve as trustee without further appointment or qualification under the same bond. The name and address of the interim successor trustee and the date, time, and location of the meeting of creditors are as follows. Debtor must appear via Zoom. Other parties may appear by telephone.

| | |
|---|---|
| S. Gregory Hays<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30302 -2153<br>Phone: (404) 926-0051 | January 30, 2025, at 8:50 a.m.<br>The meeting will be held by zoom video meeting.<br>Go to Zoom.us/join.<br>Enter Meeting ID: 627 912 5502 and<br>Passcode: 6497361809 or call (470) 924-8876 |

Notice given by:    MARY IDA TOWNSON
UNITED STATES TRUSTEE, REGION 21

*s/ Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia  30303
(404) 331-4437
*jeneane.treace@usdoj.gov*