UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-56304-PMB |
| | : | |
| SONJA NICOLE WILLIAMS | : | |
| | : | CHAPTER 7 |
| DEBTOR. | : | |

**NOTICE OF APPEARANCE**

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance as counsel for Michael Rafi and the Rafi Law Firm, LLC in the above-captioned case.

        Respectfully submitted,

        LAMBERTH, CIFELLI,
        ELLIS & NASON, P.A.

        By: /s/ *Gregory D. Ellis*
        Gregory D. Ellis
        Georgia Bar No. 245310
        gellis@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, Georgia 30328
(404) 262-7373