UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-56304 |
| | : | |
| SONJA NICOLE WILLIAMS | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |

Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

JAN 1 3 2025    12:16 pm

By: _____
Deputy Clerk

**CHANGE OF ADDRESS**

**DEBTOR:** XXX            **CREDITOR:** ____

**DEBTOR NAME:**   Sonja Nicole Williams

**CASE NUMBER:**   19-56304

**NEW ADDRESS:**   PO BOX 3930 Alpharetta, GA 30023

This Change of Address Was Furnished By: Sonja Nicole Williams (Ross)

Respectfully submitted this 13th day of January, 2024.

/s/ *Sonja Ross*
Sonja Ross (Formerly Williams), Inventor