**IT IS ORDERED as set forth below:**



**Date: January 14, 2025**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| **SONJA NICOLE WILLIAMS,** | CASE NUMBER<br>**19-56304-PMB** |
| Debtor. | |

### ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a) and Federal Rule of Bankruptcy Procedure 5004(a), the judge to whom this case is currently assigned, as evidenced by the above signature, hereby recuses himself from said case.

The Clerk is directed to reassign this case to the next judge in rotation, notifying the parties of the same instanter.

**[END OF DOCUMENT]**