**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Sonja Nicole Williams**
PO Box 3930
Alpharetta, GA 30023

**xxx–xx–7291**

Case No.: **19–56304–sms**
Chapter: **7**
Judge: **Sage M. Sigler**

**NOTICE OF CASE REASSIGNMENT**

Notice is hereby given that this case has been reassigned to the **Honorable Sage M. Sigler**.

_Vania S. Allen_ (signature)

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated: January 15, 2025

Form 301