**IT IS ORDERED as set forth below:**



**Date: January 21, 2025**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBER: 19-56304-SMS |
| SONJA NICOLE WILLIAMS AKA SONJA WILLIAMS ROSS, | : | CHAPTER 7 |
| | : | JUDGE SIGLER |
| Debtor. | : | |

## ORDER AND NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Debtor has filed the following motions (collectively, the "Motions"):

1. Motion for Sanctions for Violation of the Automatic Stay Against Delta Airlines, Inc. and Craig Alexender (Docket No. 229)

2. Motion for Damages and Sanctions Against Former Counsel, Mike Rafi, for Willful Violation of the Automatic Stay, Breach of Fiduciary Duty, and Professional Misconduct (Docket No. 231)

3. Debtor's Ex Parte to Enforce Automatic Stay and Enjoin Improper State Court Actions on (Docket No. 234)

4. Motion for Default Judgment Against Respondent Craig Alexander (Docket No. 248)

5. Request for Clerk's Entry of Default Against Respondent Craig Alexander (Docket No. 251)

**PLEASE TAKE FURTHER NOTICE** the Court will hold a hearing on the Motions at **9:30 a.m. on February 4, 2025, in Courtroom 1201**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, [www.ganb.uscourts.gov](www.ganb.uscourts.gov), or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303.

END OF DOCUMENT

DISTRIBUTION LIST
Sonja Nicole Williams
AKA Sonja Williams Ross
PO Box 3930
Alpharetta, GA 30023

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Adriano Omar Iqbal
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Gregory D. Ellis
Lamberth, Cifelli, Ellis & Nason
Ste 290
6000 Lake Forrest Drive, N.W.
Atlanta, GA 30328

Rafi Law Firm, LLC
c/o Richard F. Waddington
Chandler Law, LLC
4080 McGinnis Ferry Road
Building 500, Suite 502
Alpharetta, GA 30005

Craig Alexander
c/o Willie C. Ellis, Jr
The Ellis Firm
Ste 1500
3500 Lenox Road

Thaddeus D. Wilson
King & Spalding LLP
1180 Peachtree St NE
Suite 1600
Atlanta, GA 30309

Delta Air Lines, Inc.
c/o King & Spalding
Attn: Thaddeus D. Wilson
1180 Peachtreet Street
Atlanta, GA 30309

Paul R. Knighten
Knighten Law Firm
Suite D-295
2221 Peachtree Road NE
Atlanta, GA 30309

Darren Summerville
1226 Ponce de Leon Ave.
Atlanta, GA  30306

ANOZIE LLP
Nnamdi M. Anozie
6120 Swiss Avenue
Dallas, TX, 75214

Christine L. Mast, Esq.
Jacob D. Davis, Esq.
303 Peachtree Street,
Suite 4000
Atlanta, GA 30308-3243

Kimberly L. Copeland
261 N. Brunswick St.
P.O. Box 1091
Jesup, GA 31546

Komal Patel, Esq.
Department 981
1030 Delta Boulevard
Atlanta, GA 30354-1989

Anna Green Cross, Esq.
Meredith C. Kincaid, Esq.
The Summerville Firm, LLC
1226 Ponce de Leon Ave, NE
Atlanta, GA  30306

Lee Wallace, Esq.
The Wallace Law Firm, LLC
6030 River Chase Circle
Atlanta, GA 30328