**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Sonja Nicole Williams**
PO Box 3930
Alpharetta, GA 30023

**xxx–xx–7291**

Case No.: **19–56304–sms**
Chapter: **7**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

**February 4, 2025** at **09:30 AM** in **Courtroom 1201, Atlanta** to consider and act upon the following:

Debtor's Motion to Disqualify Willie C. Ellis, Jr. of the Ellis Firm and Germaine Austin of Beliesol Legal, LLC Counsel for Respondent Craig Alexander (Docket No. 266)

Hearings may be attended in person or via the Court's Virtual Hearing Room. Please check the "Dial–In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, for more information and instructions on how to participate in Court hearings.

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

*Vania S. Allen*

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated: January 28, 2025

Form 165
Revised May 2023