**IT IS ORDERED as set forth below:**

**Date: February 3, 2025**

_____
**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In Re: | CASE NUMBER: |
| **SONJA NICOLE WILLIAMS,** | **19-56304-SMS** |
| Debtor. | CHAPTER 7 |

### ORDER DENYING DEBTOR'S MOTIONS

Before the Court are the *Motion for Sanctions for Willful Violation of the Automatic Stay against Delta Air Lines, Inc. and Craig Alexander* (Doc. 229), the *Plaintiff's Motion for Damages and Sanctions against Former Counsel, Mike Rafi for Willful for Violation of the Automatic Stay, Breach of Fiduciary Duty, and Professional Misconduct* (Doc. 231), the *Debtor's Ex Parte Motion to Enforce Automatic Stay and Enjoin Improper State Court Actions* (Doc. 234), and the *Motion to Disqualify King & Spalding from Representing Delta Air Lines, Inc. in Bankruptcy Proceedings* (Doc. 265) (collectively, the "Motions") filed *pro se* by Sonja Nicole Williams ("Debtor"). The Court held hearing on the Motions on February 3, 2025 (the "Hearing"). Present at the Hearing were Debtor appearing *pro se*, counsel for Delta Air Lines, Inc., counsel for Michael Rafi and the Rafi Law Firm, LLC, and counsel for the Chapter 7 Trustee. The docket in this case reflects that

the Chapter 7 Trustee has entered his report of no distribution, and counsel for the Chapter 7 Trustee represented on the record at the Hearing that the Chapter 7 Trustee has investigated all assets of the bankruptcy estate and intends to abandon any unadministered assets that may exist to Debtor, including the claims asserted in the Motions and whatever interest the estate may have had in software that Debtor references as "QrewLive." Such abandonment will be effective as of the closing of this bankruptcy case. *See* 11 U.S.C. § 554(c).

The Court having read and considered the Motions, and having heard and considered the arguments of the parties and the record in this case, for the reasons stated on the record at the Hearing, it is

**ORDERED** that the Motions are **DENIED.**

**END OF DOCUMENT**

**Distribution List**

Sonja Nicole Williams
PO Box 3930
Alpharetta, GA 30023

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road. Ste 555
Atlanta, GA 30305

Adriano Omar Iqbal
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Gregory D. Ellis
Lamberth, Cifelli, Ellis & Nason
Ste 290
6000 Lake Forrest Drive, N.W.
Atlanta, GA 30328

Rafi Law Firm, LLC
c/o Richard F. Waddington
Chandler Law, LLC
4080 McGinnis Ferry Road
Building 500, Suite 502
Alpharetta, GA 30005

Craig Alexander
c/o Willie C. Ellis, Jr
The Ellis Firm
Ste 1500
3500 Lenox Road

Thaddeus D. Wilson
King & Spalding LLP
1180 Peachtree St NE
Suite 1600
Atlanta, GA 30309

Delta Air Lines, Inc.
c/o King & Spalding
Attn: Thaddeus D. Wilson
1180 Peachtreet Street
Atlanta, GA 30309

Paul R. Knighten
Knighten Law Firm
Suite D-295
2221 Peachtree Road NE
Atlanta, GA 30309

Darren Summerville
1226 Ponce de Leon Ave.
Atlanta, GA 30306

Anozie LLP
Nnamdi M. Anozie
6120 Swiss Avenue
Dallas, TX, 75214

Christine L. Mast, Esq.
Jacob D. Davis, Esq.
303 Peachtree Street,
Suite 4000
Atlanta, GA 30308-3243

Kimberly L. Copeland
261 N. Brunswick St.
P.O. Box 1091
Jesup, GA 31546

Komal Patel, Esq.
Department 981
1030 Delta Boulevard
Atlanta, GA 30354-1989

Anna Green Cross, Esq.
Meredith C. Kincaid, Esq.
The Summerville Firm, LLC
1226 Ponce de Leon Ave, NE
Atlanta, GA 30306

Lee Wallace, Esq.
The Wallace Law Firm, LLC
6030 River Chase Circle
Atlanta, GA 30328