**IT IS ORDERED as set forth below:**

**Date: February 3, 2025**



_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| In Re: | CASE NUMBER: |
|---|---|
| **SONJA NICOLE WILLIAMS,** | **19-56304-SMS** |
| Debtor. | CHAPTER 7 |

## ORDER DENYING DEBTOR'S MOTIONS

Before the Court are the *Motion for Sanctions for Violation of the Automatic Stay Against Delta Airlines, Inc. and Craig Alexender* (Doc. 229), the *Motion for Damages and Sanctions Against Former Counsel, Mike Rafi, for Willful Violation of the Automatic Stay, Breach of Fiduciary Duty, and Professional Misconduct* (Doc. 231), the *Debtor's Ex Parte to Enforce Automatic Stay and Enjoin Improper State Court Actions* (Doc. 234), the *Motion for Default Judgment Against Respondent Craig Alexander* (Doc. 248), the *Request for Clerk's Entry of Default Against Respondent Craig Alexander* (Doc. 251), and the *Motion to Disqualify Willie C. Ellis, Jr. of the Ellis Firm and Germaine Austin of Beliesol Legal, LLC Counsel for Respondent Craig Alexander* (Doc. 266) (collectively, the "Motions") filed *pro se* by Sonja Nicole Williams ("Debtor"). The Court held a hearing on related motions (the "Related Motions," Docs. 229, 231,

234) on February 3, 2025 (the "Hearing"). After hearing and considering the arguments of the parties and the record in this case, the Court denied the Related Motions for the reasons stated on the record at the Hearing (the "Denial Order," Doc. 277). Having read and considered the Motions, in light of the Hearing and the Denial Order, the Court does not believe another hearing is necessary. For the reasons stated on the record at the Hearing and in the Denial Order, which are incorporated by reference herein, it is

      **ORDERED** that the Motions are **DENIED.**

**END OF DOCUMENT**

**Distribution List**

Sonja Nicole Williams
PO Box 3930
Alpharetta, GA 30023

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road. Ste 555
Atlanta, GA 30305

Adriano Omar Iqbal
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Gregory D. Ellis
Lamberth, Cifelli, Ellis & Nason
Ste 290
6000 Lake Forrest Drive, N.W.
Atlanta, GA 30328

Rafi Law Firm, LLC
c/o Richard F. Waddington
Chandler Law, LLC
4080 McGinnis Ferry Road
Building 500, Suite 502
Alpharetta, GA 30005

Craig Alexander
c/o Willie C. Ellis, Jr
The Ellis Firm
Ste 1500
3500 Lenox Road

Thaddeus D. Wilson
King & Spalding LLP
1180 Peachtree St NE
Suite 1600
Atlanta, GA 30309

Delta Air Lines, Inc.
c/o King & Spalding
Attn: Thaddeus D. Wilson
1180 Peachtreet Street
Atlanta, GA 30309

Paul R. Knighten
Knighten Law Firm
Suite D-295
2221 Peachtree Road NE
Atlanta, GA 30309

Darren Summerville
1226 Ponce de Leon Ave.
Atlanta, GA 30306

Anozie LLP
Nnamdi M. Anozie
6120 Swiss Avenue
Dallas, TX, 75214

Christine L. Mast, Esq.
Jacob D. Davis, Esq.
303 Peachtree Street,
Suite 4000
Atlanta, GA 30308-3243

Kimberly L. Copeland
261 N. Brunswick St.
P.O. Box 1091
Jesup, GA 31546

Komal Patel, Esq.
Department 981
1030 Delta Boulevard
Atlanta, GA 30354-1989

Anna Green Cross, Esq.
Meredith C. Kincaid, Esq.
The Summerville Firm, LLC
1226 Ponce de Leon Ave, NE
Atlanta, GA 30306

Lee Wallace, Esq.
The Wallace Law Firm, LLC
6030 River Chase Circle
Atlanta, GA 30328