**IT IS ORDERED as set forth below:**

**Date: February 4, 2025**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In Re: | CASE NUMBER: |
| **SONJA NICOLE WILLIAMS,** | **19-56304-SMS** |
| Debtor. | CHAPTER 7 |

### ORDER DENYING DEBTOR'S MOTION

Before the Court is the *Debtor's Motion for Clarification of Ownership of Qrewlive* (the "Motion," Doc. 279) filed *pro se* by Sonja Nicole Williams ("Debtor"). In the Motion, Debtor requests that the Court clarify that certain software referenced by Debtor as Qrewlive is Debtor's property. In some cases, it may be appropriate for a bankruptcy court to determine ownership of assets, including abandoned assets. Here, QrewLive was never at issue in this bankruptcy case until the bankruptcy case was reopened in December 2024, and was never asserted to be an asset of the estate until Debtor amended her schedules on January 2, 2025 (Doc. 238).

On January 31, 2025, the chapter 7 trustee filed his report of no distribution indicating that there was no non-exempt property available for distribution to creditors, the effect of which is that any interest Debtor claims in QrewLive will be abandoned back to Debtor upon the closing of the

bankruptcy case. *See* 11 U.S.C. § 554(c). Accordingly, there will be no benefit to the estate regardless of whether Debtor is determined to have a valid ownership in interest in QrewLive. It serves no bankruptcy purpose for this Court to determine QrewLive's ownership and would thus be a waste of this Court's judicial resources to make such a determination. It would also be inefficient to force Debtor and her opponents to commence litigating QrewLive's ownership in this Court when Debtor is already litigating issues including or relating to the ownership of QrewLive in state court. For these reasons, this Court declines to make any determination regarding the ownership of QrewLive. Accordingly, it is

      **ORDERED** that Debtor's Motion is **DENIED**.

**END OF DOCUMENT**

**Distribution List**

Sonja Nicole Williams
PO Box 3930
Alpharetta, GA 30023

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road. Ste 555
Atlanta, GA 30305

Adriano Omar Iqbal
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Gregory D. Ellis
Lamberth, Cifelli, Ellis & Nason
Ste 290
6000 Lake Forrest Drive, N.W.
Atlanta, GA 30328

Rafi Law Firm, LLC
c/o Richard F. Waddington
Chandler Law, LLC
4080 McGinnis Ferry Road
Building 500, Suite 502
Alpharetta, GA 30005

Craig Alexander
c/o Willie C. Ellis, Jr
The Ellis Firm
Ste 1500
3500 Lenox Road

Thaddeus D. Wilson
King & Spalding LLP
1180 Peachtree St NE
Suite 1600
Atlanta, GA 30309

Delta Air Lines, Inc.
c/o King & Spalding
Attn: Thaddeus D. Wilson
1180 Peachtreet Street
Atlanta, GA 30309

Paul R. Knighten
Knighten Law Firm
Suite D-295
2221 Peachtree Road NE
Atlanta, GA 30309

Darren Summerville
1226 Ponce de Leon Ave.
Atlanta, GA 30306

Anozie LLP
Nnamdi M. Anozie
6120 Swiss Avenue
Dallas, TX, 75214

Christine L. Mast, Esq.
Jacob D. Davis, Esq.
303 Peachtree Street,
Suite 4000
Atlanta, GA 30308-3243

Kimberly L. Copeland
261 N. Brunswick St.
P.O. Box 1091
Jesup, GA 31546

Komal Patel, Esq.
Department 981
1030 Delta Boulevard
Atlanta, GA 30354-1989

Anna Green Cross, Esq.
Meredith C. Kincaid, Esq.
The Summerville Firm, LLC
1226 Ponce de Leon Ave, NE
Atlanta, GA 30306

Lee Wallace, Esq.
The Wallace Law Firm, LLC
6030 River Chase Circle
Atlanta, GA 30328