Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

11:19 Am
FEB - 5 2025

By: _____
Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-56304 |
| | : | |
| SONJA WILLIAMS ROSS, | : | CHAPTER 7 |
| Debtor. | : | |

### DEBTOR'S MOTION TO WITHDRAW PREVIOUSLY FILED MOTION FOR RECONSIDERATION AND REQUEST FOR AN EVIDENTIARY HEARING

COMES NOW, Sonja Williams Ross, the Debtor in the above-styled case, and respectfully moves this Honorable Court for an order allowing the withdrawal of the previously filed Debtor's Motion for Reconsideration and Request for an Evidentiary Hearing, and in support thereof states as follows:

1. On February 4, 2025, the Debtor filed Debtor's Motion for Reconsideration and Request for an Evidentiary Hearing requesting reconsideration of the Court's Order(s) (Dkt. 277, 278).

2. The Debtor has since revised and submitted an **Amended Motion for Reconsideration and Request for an Evidentiary Hearing**, which supersedes the initial motion and more fully addresses the relevant legal and factual issues.

3. In the interest of judicial efficiency and to avoid unnecessary duplication, the Debtor seeks to withdraw the previously filed Motion for Reconsideration and Request for an Evidentiary Hearing without prejudice.

4. Withdrawal of the initial motion will not cause undue delay or prejudice to any party, as the Amended Motion for Reconsideration has already been submitted for the Court's consideration.

WHEREFORE, the Debtor respectfully requests that this Court:

a) Grant this Motion to Withdraw the previously filed Debtor's Motion for Reconsideration and

Request for an Evidentiary Hearing without prejudice; and

b) Grant such other and further relief as the Court deems just and proper.

Respectfully submitted on this 5th Day of February 2025.

*Sonja Ross*

Sonja Williams Ross
Debtor, Pro Se

Sonja Williams Ross, Debtor
Po Box 3930
Alpharetta Ga 30023
Tel: (210) 960-6898
Sonja.Ross@Shocktheory.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                :        CASE NO. 19-56304
                                      :
SONJA WILLIAMS ROSS,                  :        CHAPTER 7
           Debtor.                    :

## CERTIFICATE OF SERVICE

This is to certify that I have on this day emailed the foregoing **DEBTOR'S MOTION TO WITHDRAW PREVIOUSLY FILED MOTION FOR RECONSIDERATION AND REQUEST FOR AN EVIDENTIARY HEARING,** this document in this case and parties of interest.

**S. Gregory Hays**
Hays Financial Consulting, LLC
2964 Peachtree Road. Ste 555
Atlanta, GA 30305
(404) 926-0060
(404) 926-0055 (fax)
ghays@haysconsulting.net

Chapter 7 Trustee

**Thaddeus D. Wilson**
King & Spalding LLP
1180 Peachtree St NE
Suite 1600
Atlanta, GA 30309
404-572-4842
404-572-5135 (fax)
thadwilson@kslaw.com

*Counsel for*
*Delta Air Lines, Inc.*

**Willie Ellis, Jr.**
The Ellis Firm
3500 Lenox Road
Suite 1500
Atlanta, Georgia 30326

**David S. Weidenbaum**
Office of the United States Trustee 362 Richard B. Russell Building 75 Ted Turner Drive, SW
Atlanta, GA 30303
david.s.weidenbaum@usdoj.gov

**Adriano Omar Iqbal**
adriano.o.iqbal@usdoj.gov

Office of the United States Trustee

**Gregory D. Ellis**
Lamberth, Cifelli, Ellis & Nason
Ste 290
6000 Lake Forrest Drive, N.W.
Atlanta, GA 30328
404-495-4485
404-262-9911 (fax)
gellis@lcenlaw.com

**Richard Waddington** richard@chandler-law.net

*Counsel for Mike Rafi*

**Germaine Austin**
Beliesol Legal LLC
1424 Westboro Drive SW
Atlanta, Georgia 30310

(770) 212-1432  
(404) 393-2392  
Will@call-ellis.com

(404) 863-7620  
(470) 751-8805  
Germaine@Beliesol.com

*Counsel for Defendant Craig A. Alexander*

*Counsel for Defendant Craig A. ALexander*

Respectfully submitted on this 5th Day of February 2025

Sonja Williams Ross  
Debtor, Pro Se

Sonja Williams Ross, Debtor  
Po Box 3930  
Alpharetta Ga 30023  
Tel: (210) 960-6898  
Sonja.Ross@Shocktheory.com